IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN PRIEST,

        Plaintiff,        CIV. S-02-0252-GEB-PAN-PS

    v.

COUNTY OF EL DORADO, et al.,        ORDER

        Defendants.
_____/

        This matter was referred to the Honorable Peter A. Nowinski, United States Magistrate Judge, pursuant to 28 U.S.C. §§ 636, et seq., and Local Rule 72-302.  On May 19, 2005, Judge Nowinski recommended that defendant's motion for attorney's fees be granted.  No objections to the findings and recommendation have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the

////

magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The Findings and Recommendations filed May 19, 2005, are adopted in full; and

    2.  Defendants' motion for attorney's fees is granted and judgment shall be entered in their favor in the sum $17,610.20 for attorney's fees and costs.

Dated:  June 30, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge